# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **LP DANVI INVESTMENTS LLC, a California Limited Liability Company; FAMILY BIZ LLC, a California Limited Liability Company; A & N WIRELESS INC., a California Corporation; and Does 1-10**, <br><br> Defendants, | **Case No**. 2:17-CV-01284-JAM-KJN <br><br> ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants LP DANVI INVESTMENTS LLC, a California Limited Liability Company; FAMILY BIZ LLC, a California Limited Liability Company; A & N WIRELESS INC., a California Corporation ("Defendants") hereby stipulate to extend the deadline to file Dismissal to November 14, 2018.

IT IS SO ORDERED.

DATED: 10/18/2018

/s/ John A. Mendez_____
U. S. DISTRICT COURT JUDGE

1

Order                                                        2:17-CV-01284-JAM-KJN